# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROCHA,<br><br>             Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br><br>             Defendant. | Case No.  1:21-cv-01215-JLT-HBK (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF PATRICK ROCHA AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Plaintiff Patrick Rocha and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to voluntary remand of this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on May 2, 2022.  (Doc. 14.)  The parties also stipulated that judgment shall be entered "in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner."  (*Id*.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

///

///

1

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Patrick Rocha and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

3. The Clerk of Court is further directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: __August 10, 2022__                             /s/ Jennifer L. Thurston
                                                                            UNITED STATES DISTRICT JUDGE