**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK M. ROCHA, | ) Case No.: 1:21-cv-1215 JLT HBK |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES AND |
| | ) EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | ) |
| | ) (Doc. 18) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On November 2, 2022, Patrick Rocha and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $478.58 pursuant to the Equal Access to Justice Act.  (Doc. 38.)  Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $478.58 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **November 3, 2022**

UNITED STATES DISTRICT JUDGE

1